Bradley S. Shraiberg (FL 121622)
*(pending pro hac vice)*
**SHRAIBERG, LANDAU & PAGE, P.A.**
2385 NW Executive Center Dr.
Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: bss@slp.law
*Counsel for TCA Global*
*Credit Master Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **ZENERGY BRANDS, INC.,** *et al.*,[1] | § | Case No. 19-42886 |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

**APPLICATION OF BRADLEY S. SHRAIBERG FOR**
**ADMISSION PRO HAC VICE TO REPRESENT TCA**
**GLOBAL CREDIT MASTER FUND, L.P.**

1.  This application is being made for the following: Consolidated Case No. 19-42886.

2.  Applicant is representing TCA Global Credit Master Fund, L.P. ("Secured Creditor").

3.  Applicant was admitted to practice in the U.S. District Court, Southern District of Florida on October 24, 1997.

4.  Applicant is in good standing and is otherwise eligible to practice law before this court.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zenergy Brands, Inc. (1686); NAUP Brokerage, LLC (7899); Zenergy Labs, LLC (8045); Zenergy Power & Gas, Inc. (1963); Enertrade Electric, LLC (8649); Zenergy & Associates, Inc. (4022); and Zen Technologies, Inc. (7309). The above-captioned Debtors' mailing address is 5700 Grante Pkwy, #200, Plano, TX 75024.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Applicant has no history of charges, arrests or convictions for criminal offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S. District Court, Southern and Middle Districts of Florida, and U.S. Bankruptcy Court, Southern and Middle Districts of Florida.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath**:

I, Bradley S. Shraiberg do solemnly swear that the above information is true; that I will discharge the duties of an attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Dated: October 28, 2019          Signature:    /s/ Bradley S. Shraiberg
                                               Bradley S. Shraiberg

    Name:                Bradley S. Shraiberg
    Bar Number/State:    121622 / Florida
    Firm Name:           SHRAIBERG, LANDAU & PAGE, P.A.
    Address:             2385 NW Executive Center Dr., #300
    City/State/Zip:      Boca Raton, FL 33431
    Telephone:           (561) 443-0800
    Facsimile:           (561) 998-0047
    Email:               bss@slp.law