## Exhibit A

## Critical Vendor List

Unify Energy Solutions

4835-7254-8779.2