

10/31/2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Zenergy Brands, Inc.
5700 Granite Pkwy.
Suite 200
Plano, TX 75024
EIN: 20-8881686
Debtor

Case No. 19-42886 btr
Chapter: 11

## ORDER APPROVING APPLICATION
## FOR ADMISSION PRO HAC VICE

ON October 28, 2019, an application was filed by Bradley S. Shraiberg (the Applicant) for admission to practice before this Court *pro hac vice* (the "Application") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a *pro hac vice* basis. Accordingly, good cause exists for the entry of the following order:

**IT IS THERFORE ORDERED** that the Application for Pro Hac Vice Admission filed on October 28, 2019 by Bradley S. Shraiberg is **GRANTED**, subject to the requirement that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

Signed on 10/31/2019

_____ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:  
Zenergy Brands, Inc.  
    Debtor

Case No. 19-42886-btr  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0540-4       User: shannonk       Page 1 of 1       Date Rcvd: Oct 31, 2019  
                              Form ID: pdf400       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.

```
db         +Zenergy Brands, Inc.,    5700 Granite Pkwy.,    Suite 200,    Plano, TX 75024-6623
cr          Alex Rodriguez,    6459 Village Springs Dr.,    Plano, TX  75024
cr         +Ashley Steffan,    3313 Rolling Hills,    Flower Mound, TX 75022-6812
cr          Bellridge Capital,    515 E. Las Blvd., #120A,    Fort Lauderdale, FL  33301
cr        #+Byron Young,    8616 Heron Dr.,    Fort Worth, TX 76108-9721
cr         +Clifton Larson Allen,    9901 I-10, Ste. 350,    San Antonio, TX 78230-2252
cr         +Collision Capital,    4830 W. Kennedy Blvd., #600,    Tampa, FL 33609-2584
cr         +EMA Financial, LLC,    40 Wall St.,    New York, NY 10005-1304
cr         +Free and Free Enterprises, LLC,    PO Box 201786,    Arlington, TX 76006-1786
cr          Genaro Gomez Castanares,    5868A Westgeuner Rd.,    Ste. 1-422,    Houston, TX  77057
cr         +Greentree Financial Group, Inc.,    19720 Jetton Rd. 3rd Fl.,    Cornelius, NC 28031-8263
cr         +Jason Grant Magers,    2109 Wheaton Dr.,    Richardson, TX 75081-2655
cr         +Legal and Compliance LLC,    625 N. Flagler Dr. #600,    West Palm Beach, FL 33401-4025
cr         +Liberty Trust Co.,    Custodian: FBO Michael A. Ziegler, IRA,    1611 Maxwell Ct.,
             Euless, TX 76039-2400
cr         +Luminant Energy,    6555 Sierra Dr.,    Irving, TX 75039-2479
cr         +Powerup Lending,    111 Great Neck Rd., #216,    Great Neck, NY 11021-5408
cr         +RB Capital Partners, Inc.,    2856 Torrey Pines Rd.,    LaJolla, CA 92037-3428
cr         +Sharing Services, Inc. et al,    1700 Coit Rd., Ste. 100,    Plano, TX 75075-6185
cr         +TCA Global Credit Master Fund, L.P.,    c/o Bradley S. Shraiberg, Esq.,
             Shraiberg, Landau & Page, P.A.,    2385 NW Executive Center Dr., #300,
             Boca Raton, FL 33431-8530
cr          Viridian Internantional,    1055 Washington Blvd., 7th Fl.,    West Hartland, CT  06091
cr         +Vista Capital Investments,    406 9th Ave., Ste. 201,    San Diego, CA 92101-7277
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr         +E-mail/Text: AR@mcggroup.com Nov 01 2019 02:55:02     Montgomery Coscia Greilich, LLP,
             2500 Dallas Parkway,    Suite 300,    Plano, TX 75093-4872
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:

```
          Bradley S. Shraiberg    on behalf of Creditor    TCA Global Credit Master Fund, L.P. bss@slp.law,
           dwoodall@slp.law
          Jack G. Haake    on behalf of Debtor    Zenergy Brands, Inc. jhaake@foley.com, dnichols@foley.com
          Marcus Helt    on behalf of Debtor    Zenergy Brands, Inc. mhelt@foley.com, acordero@foley.com
          US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```