United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ZENERGY BRANDS, INC., et al., [1] | § | Case No. 19-42886 |
| | § | |
| | § | (Jointly Administered) |

## APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

Comes Now the United States Trustee and, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Brett Rosen- *Interim Chairman*
RB Capital Partners, Inc.
2856 Torrey Pines Rd
La Jolla, CA 92037
(619) 392-9829
Brett.rosen325@gmail.com

Michael Ziegler
1611 Maxwell Court
Euless, TX 76039
(817) 690-5768
mickziegler@sbcglobal.net

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zenergy Brands, Inc. (1686); NAUP Brokerage, LLC (7899); Zenergy Labs, LLC (8045); Zenergy Power & Gas, Inc. (1963); Enertrade Electric, LLC (8649); Zenergy & Associates, Inc. (4022); and Zen Technologies, Inc. (7309).  The above-captioned Debtors' mailing address is 5700 Granite Pkwy, #200, Plano, TX 75024.

Ashley Gee
3314 Rolling Hills
Flower Mound, TX 75022
(940) 231-3019
ashleykgee@yahoo.com


Dated:  November 4, 2019                                    Respectfully submitted,

                                                           William T. Neary
                                                           United States Trustee

                                                           /s/ John Vardeman
                                                           Trial Attorney
                                                           Texas Bar 20496260
                                                           300 Plaza Tower
                                                           110 N. College
                                                           Tyler, Texas   75702
                                                           (903) 590-1450 Ext. 218


## **Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than the 5th day of November, 2019.

                                                           /s/ John Vardeman

**DEBTORS**
Zenergy Brands, Inc.
5700 Granite Parkway, Suite 200
Plano, TX  75024

Zenergy Labs, LLC
5700 Granite Parkway, Suite 200
Plano, TX  75024

Zenergy Power & Gas, Inc.
5700 Granite Parkway, Suite 200
Plano, TX  75024

Enertrade Electric, LLC
5700 Granite Parkway, Suite 200
Plano, TX  75024

Zen Technologies, Inc.
5700 Granite Parkway, Suite 200
Plano, TX  75024

Zenergy & Associates, Inc.
5700 Granite Parkway, Suite 200
Plano, TX  75024

Naup Brokerage, LLC
5700 Granite Parkway, Suite 200
Plano, TX  75024

**DEBTORS' COUNSEL**
Marcus Helt
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201

Jack G. Haake
Foley & Lardner LLP
3000 K St., N.W., Ste. 600
Washington, DC 20007

**COMMITTEE**
Brett Rosen
RB Capital Partners, Inc.
2856 Torrey Pines Rd
La Jolla, CA 92037

Michael Ziegler
1611 Maxwell Court
Euless, TX 76039

Ashley Gee
3314 Rolling Hills
Flower Mound, TX 75022

**NOTICE OF APPREARANCE**
TCA Global Credit Master Fund, LP
Shraiberg, Landau, Page P.A.
2385 N.W. Executive Center Dr., Suite 300
Boca Raton, FL  33431

Donnie "Tug" Goodwin
c/o Joel B. Colvin
3605 Katy Freeway #224
Houston, TX  77007

Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX11253-3064

Steven Boss
5956 Sherry Ln.
Suite 1000
Dallas, TX  75225

**20 largest unsecured creditors**
RB Capital Partners, Inc.
Attn: Officer or Director
2856 Torrey Pines Road
La Jolla, CA  92037

Genaro Gomez Castanares
5868A Westgeuner Rd
Ste 1-422
Houston, TX  77057

Free & Free Enterprises, LLC
Represented by WT Skip Leake PC
PO Box 201786
Arlington, TX  76006

Free & Free Enterprises, LLC
c/o Leake Law Firm
Donald R. Miller
2201 North Collins Street, Suite 130
Arlington, TX  76011

Viridian International
Attn: Officer or Director
1055 Washington Blvd. 7th Floor
West Hartland, CT  06091

Librerty Trust Co. LTD
custodian FBO Michael A. Ziegler, IRA
1611 Maxwell Ct.
Euless, TX  76039

Bellridge Capital
Attn: David E. Danovitch
c/o Sullivan & Worcester LLP
1633 Broadway
New York, NY  10019

Bellridge Capital
Attn: Officer or Director
515 E. Las Boulevard #120A
Fort Lauderdale, FL  33301

Byron Young
8616 Heron Dr.
Ft. Worth, TX  76108

Luminant Energy
Attn: Officer or Director
6555 Sierra Drive
Irving, TX 75039

Vista Capital Investments
Attn: Officer or Director
4341 Vista Way
La Mesa, CA  91941

Vista Capital Investments
406 9th Ave.
Suite 201
San Diego, CA 92101

Ashley Steffan
3313 Rolling Hills
Flower Mound, TX  75022

EMA Financial, LLC
Attn: Officer or Director
40 Wall St.
New York, NY  10005

Greentree Financial Group, Inc.
Attn: Officer or Director
19720 Jetton Road, 3rd Floor
Cornelius, NC  28031

Power Up Lending Group Ltd.
Attn: Allison Naidich
c/o Naidich Wurman LLP
111 Great Neck Road, Suite 216
Great Neck, NY  11021

Collision Capital
Attn: Officer or Director
4830 W. Kennedy Blvd. #600
Tampa, FL  33609

CliftonLarsonAllen
Attn: Officer or Director
9901, I-10 Suite 350
San Antonio, TX  78230

Alex Rodriguez
6459 Village Springs Drive
Plano, TX  75024

Sharing Services, Inc. et al
Attn: Officer or Director
1700 Coit Rd.,
Suite 100
Plano, TX  75075

Legal and Compliance LLC
Attn: Officer or Director
625 N Flager Dr #600
West Palm Beach, FL  33401


Montgomery Coscia Greilich LLP
Attn: Officer or Director
2500 Dallas Parkway
Plano, TX  75093

Free & Free Enterprises, LLC
Attn: Officer or Director
PO Box 201786
Arlington, TX  76006

**Secured Creditors**
TCA Global Credit Master Fund, LP
Shraiberg, Landau, Page P.A.
2385 N.W. Executive Center Dr., Suite 300
Boca Raton, FL  33431

Counsel for TCA Special Situations Credit Strategices ICAV
Shraiberg, Landau, Page P.A.
2385 N.W. Executive Center Dr., Suite 300
Boca Raton, FL  33431

**Government Units**
Internal Revenue Service
Attn: Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA  19104-5016

United States Attorney's
Office for the Eastern District of Texas
Joseph D. Brown
600 East Taylor Street, Suite 2000
Sherman, TX  75090

Oklahoma Secretary of State
421 NW 13th St #210
Oklahoma City, OK 73103

Texas Comptroller
Lyndon B Johnson State Office Bldg
111 East 17th St
Austin, TX  78774

Securities and Exchange Commission
New York Regional Office
Attn Andrew Calamari, Regional Director
200 Vesey St Ste 400
New York, NY  10281-1022

Texas Comptroller of Public Accounts
PO Box 13528
Capitol Station
Austin, TX 78711-3528

Internal Revenue Service
825 E. Rundberg Ln
Austin, TX 78753

Michigan Department of the Attorney General
G. Mennen Williams Building, 7th Floor
525 W Ottawa St
Lansing, MI  48933

Oklahoma Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105

Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549

Michigan Department of Treasury
3060 W. Grand Blvd.
Detroit, MI  48202