IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ZENERGY BRANDS, INC., et al,[1] | § | Case No. 19-42886 |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

## ORDER APPROVING APPLICATION TO EMPLOY KANE RUSSELL COLEMAN LOGAN PC AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE

Came on to be heard the Official Unsecured Creditors' Committee's *Application to Employ Kane Russell Coleman Logan PC as Counsel for the Official Unsecured Creditors' Committee* [Doc. No. _____] (the "**Application to Employ**"). The Court finds no objection, and that good cause exist to grant the relief requested. Accordingly, the Court finds that the Application to Employ should be Granted. It is hereby

**ORDERED** that the Application to employ is approved and that Kane Russell Coleman Logan PC is hereby employed as attorneys for the Official Unsecured Creditors' Committee, effective November 4, 2019. It is further

**ORDERED** that Kane Russell Coleman Logan PC will be compensated upon application in accordance with 11 U.S.C. §§ 328, 330 and 331 and Bankruptcy Rule 2016 and any other orders of this Court governing professional fee compensation.

Dated: _____, 2019

_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zenergy Brands, Inc. (1686); NAUP Brokerage, LLC (7899); Zenergy Labs, LLC (8045); Zenergy Power & Gas, Inc. (1963); Enertrade Electric, LLC (8649); Zenergy & Associates, Inc. (4022); and Zen Technologies, Inc. (7309). The above-captioned Debtors' mailing address is 5700 Granite Pkwy, #200, Plano, TX 75024.

ORDER SUBMITTED BY:

Joseph M. Coleman
S. Kyle Woodard
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, TX  75202
Telephone: 214-777-4200
Telecopier: 214-777-4299
E-mail: jcoleman@krcl.com
E-mail: kwoodard@krcl.com

PROPOSED ATTORNEY FOR
OFFICIAL UNSECURED CREDITORS' COMMITTEE