# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ZENERGY BRANDS, INC., *et al.*,[1] | § | Case No. 19-42886 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## LIMITED MASTER SERVICE LIST
### As of November 11, 2019

Attached are clean and redlined copies of the updated Limited Master Service List (as of November 11, 2019) filed and to be used in accordance with the Court's *Order Granting Chapter 11 Complex Case Treatment* [Docket No. 56].

Dated: November 11, 2019

By: ___/s/Stephen D. Cady___
Stephen D. Cady
**Stretto**
410 Exchange
Suite 100
Irvine, CA 92602
Telephone: 855-366-3672
Email: TeamZenergy@stretto.com

**CLAIMS AND NOTICING AGENT
FOR THE DEBTORS**

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zenergy Brands, Inc. (1686); NAUP Brokerage, LLC (7899); Zenergy Labs, LLC (8045); Zenergy Power & Gas, Inc. (1963); Enertrade Electric, LLC; Zenergy & Associates, Inc. (4022); and Zen Technologies, Inc. (7309). The above-captioned Debtors' mailing address is 5700 Grante Pkwy, #200, Plano, TX 75024.



# Master Service List
as of November 11, 2019

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alex Rodriguez | | 6459 Village Springs Drive | | | Plano | TX | 75024 | | 214-205-3870 | | rainmaker84@yahoo.com |
| Anthony L.G., PLLC | Attn: Officer or Director | 625 N Flager Dr #600 | | | West Palm Beach | FL | 33401 | | | | LAnthony@AnthonyPLLC.com |
| Ashley Gee | | 3314 Rolling Hills | | | Flower Mound | TX | 75022 | | 940-231-3019 | | ashleykgee@yahoo.com |
| Ashley Steffan | | 3313 Rolling Hills | | | Flower Mound | TX | 75022 | | | | ashleykgee@yahoo.com |
| Bellridge Capital | Attn: David E. Danovitch | c/o Sullivan & Worcester LLP | 1633 Broadway | | New York | NY | 10019 | | 212-660-3060 | | ddanovitch@sullivanlaw.com |
| Bellridge Capital | Attn: Officer or Director | 515 E. Las Boulevard #120A | | | Fort Lauderdale | FL | 33301 | | 954-745-7989 | | ddanovitch@sullivanlaw.com |
| Byron Young | | 8616 Heron Dr. | | | Ft. Worth | TX | 76108 | | | | byrontoddyoung@icloud.com |
| CliftonLarsonAllen | Attn: Officer or Director | 9901, I-10 Suite 350 | | | San Antonio | TX | 78230 | | 210-298-7900 | | deana.acosta@CLAconnect.com |
| Collision Capital | Attn: Officer or Director | 4830 W. Kennedy Blvd. #600 | | | Tampa | FL | 33609 | | 813-258-0852 | | |
| Donnie "Tug" Goodwin | c/o Joel B. Colvin | 3605 Katy Freeway #224 | | | Houston | TX | 77007 | | 713-426-5151 | | jcolvin@jcolvinlaw.com; joelc@ctchouston.com |
| EMA Financial, LLC | Attn: Officer or Director | 40 Wall St. | | | New York | NY | 10005 | | 212-453-0020 | | info@emafin.com |
| Foley & Lardner LLP | Attn: Jack G. Haake | Washington Harbour | 3000 K Street, N.W., Suite 600 | | Washington | DC | 20007-5109 | | 202-295-4085 | 202-672-5399 | jhaake@foley.com |
| Foley Gardere | Attn: Marcus A. Helt | c/o Foley & Lardner LLP | 2021 McKinney Avenue, Suite 1600 | | Dallas | TX | 75201 | | 214-999-3000 | 214-999-4667 | mhelt@foley.com |
| Free & Free Enterprises, LLC | c/o W.T. Skip Leake PC | Attn: Donald R. Miller & W.T. Skip Leake | PO Box 201786 | | Arlington | TX | 76006-1786 | | 817-460-7711 | 817-469-7020 | drmiller@leakelaw.com |
| Genaro Gomez Castanares | | 5868A Westgeuner Rd | Ste 1-422 | | Houston | TX | 77057 | | 713-568-3064 | 832-550-2834 | INFO@GFINT.COM |
| Greentree Financial Group, Inc. | Attn: Officer or Director | 19720 Jetton Road, 3rd Floor | | | Cornelius | NC | 28031 | | 704-892-8733 | 704-892-6487 | mikebongiovanni@gtfinancial.com |
| Harris County et al. | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Internal Revenue Service | | 825 E. Rundberg Ln | | | Austin | TX | 78753 | | | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St. | | | Philadelphia | PA | 19104-5016 | | | | |
| Investor Brand Network | | 8033 Sunset Blvd | | | Los Angeles | CA | 90046 | | 310-299-1717 | | |
| John Brooks Klingenbeck | | 10 Augusta Way | | | Shoal Creek | AL | 35242 | | 205-617-1482 | 214-594-5055 | jbklingenbeck@gmail.com; jklingenbeck@zenergybrands.com; jbrooks@whatiszenergy.com |
| Liberty Trust Co. LTD | Custodian FBO Michael A. Ziegler, IRA | 1611 Maxwell Ct. | | | Euless | TX | 76039 | | | | |
| Luminant Energy | Attn: Officer or Director | 6555 Sierra Drive | | | Irving | TX | 75039 | | 214-812-4600 | 972-556-6119 | steve.rod@vistraenergy.com |
| Michael A. Ziegler | | 1611 Maxwell Ct. | | | Euless | TX | 76039 | | 817-690-5768 | | mickziegler@sbcglobal.net |
| Michigan Department of the Attorney General | G. Mennen Williams Building, 7th Floor | 525 W Ottawa St | | | Lansing | MI | 48933 | | 517-373-1110 | | |
| Michigan Department of Treasury | | 3060 W. Grand Blvd. | | | Detroit | MI | 48202 | | | | |
| Montgomery Coscia Greilich LLP | Attn: Officer or Director | 2500 Dallas Parkway | | | Plano | TX | 75093 | | 972-748-0300 | 972-748-0700 | info@mcggroup.com |
| Office of the United States Trustee | Attn: Timothy O'Neal & John Vardeman | Bank of America Building | 110 North College Avenue, Room 300 | | Tyler | TX | 75702 | | 903-590-1450 | 903-590-1461 | John.M.Vardeman@usdoj.gov; Samuel.M.Baker@usdoj.gov |
| Office of the United States Trustee | Earle Cabell Federal Building | 1100 Commerce Street, Room 976 | | | Dallas | TX | 75242 | | 214-767-8967 | 214-767-8971 | |
| Oklahoma Office of the Attorney General | | 313 NE 21st St | | | Oklahoma City | OK | 73105 | | 405-521-3921 | | |
| Oklahoma Secretary of State | | 421 NW 13th St #210 | | | Oklahoma City | OK | 73103 | | | | |
| OTCBB | c/o Financial Industry Regulatory Authority | Attn Angela Nacchio, Qualifications Analyst | 9509 Key West Ave | | Rockville | MD | 20850 | | | | otc.bankruptcies@finra.org |
| RB Capital Partners, Inc. | Attn: Brett Rosen | 2856 Torrey Pines Road | | | La Jolla | CA | 92037 | | 619-392-9829 | | brett.rosen325@gmail.com |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | | | | |
| Securities and Exchange Commission | New York Regional Office | Attn Andrew Calamari, Regional Director | 200 Vesey St Ste 400 | | New York | NY | 10281-1022 | | | | |
| Sharing Services, Inc. et al | Attn: Officer or Director | 1700 Coit Rd. | Suite 100 | | Plano | TX | 75075 | | 469-304-9400 | | JT@SHRGINC.COM |
| Steven Boss | | 10670 N. Central Expy | Suite 500 | | Dallas | TX | 75231 | | 214-382-3342 | | stevenboss@stevenbosslaw.com |
| TCA Global Credit Master Fund, L.P. | c/o Shraiberg, Landau & Page, P.A. | Attn: Bradley S. Shraiberg | 2385 N.W. Executive Center Dr., Suite 300 | | Boca Raton | FL | 33431 | | 561-443-0800 | 561-998-0047 | bss@slp.law |
| TCA Special Situations Credit Strategies ICAV | c/o Shraiberg, Landau, Page P.A. | Attn: Bradley S. Shraiberg | 2385 N.W. Executive Center Dr., Suite 300 | | Boca Raton | FL | 33431 | | 561-443-0800 | 561-998-0047 | dwoodall@slp.law; bss@slp.law |
| Terrence Gray | | 2727 Travis St. | #505 | | Houston | TX | 77006 | | 347-668-9484 | | |
| Texas Comptroller | Lyndon B Johnson State Office Bldg | 111 East 17th St | | | Austin | TX | 78774 | | | | |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | | | | |
| Texas Comptroller of Public Accounts | Attn: Kimberly A. Walsh | c/o Sherri K. Simpson | Attorney General's Office, Bankruptcy & Collections Division | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4562 | 512-936-1409 | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Texas Office of the Attorney General | | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | | |
| Texas State Securities Board | Attn Legal Department | 208 E. 10th St. | Thomas Jefferson Rusk State Office Building | | Austin | TX | 78701 | | | 512-305-8310 | |
| United States Attorney's Office for the Eastern District of Texas | Joseph D. Brown | 600 East Taylor Street, Suite 2000 | | | Sherman | TX | 75090 | | 903-868-9454 | | |
| Viridian International | Attn: Officer or Director | 1055 Washington Blvd. 7th Floor | | | West Hartland | CT | 06091 | | | | customercare@viridian.com |
| Vista Capital Investments | Attn: David Clark, Principal | 406 9th Ave, Suite 201 | | | San Diego | CA | 92101 | | 619-543-0328 | | dclark@vci.us.com |
| Vista Capital Investments | Attn: David Clark, Principal | 406 9th Ave, Suite 201 | | | San Diego | CA | 92101 | | 619-543-0328 | | dclark@vci.us.com |
| Zenergy Brands, Inc. | | 5700 Granite Parkway, Suite 200 | | | Plano | TX | 75024 | | | | |
| Zenergy Brands, Inc. | | 5700 Granite Parkway, Suite 200 | | | Plano | TX | 75024 | | | | |

In re: Zenergy Brands, Inc., *et al.*
Case No. 19-42886 (BTR)

Case 19-42886 Doc 80-3 Filed 11/12/19 Entered 11/12/19 14:38:29 Desc Blai Document Page 2 of 3



# Master Service List
## Redlined Version
### as of November 11, 2019

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alex Rodriguez | | 6459 Village Springs Drive | | | Plano | TX | 75024 | | 214-205-3870 | | rainmaker84@yahoo.com |
| Ashley Gee | | 3314 Rolling Hills | | | Flower Mound | TX | 75022 | | 940-231-3019 | | ashleykgee@yahoo.com |
| Ashley Steffan | | 3313 Rolling Hills | | | Flower Mound | TX | 75022 | | | | ashleykgee@yahoo.com |
| Bellridge Capital | Attn: David E. Danovitch | c/o Sullivan & Worcester LLP | 1633 Broadway | | New York | NY | 10019 | | 212-660-3060 | | ddanovitch@sullivanlaw.com |
| Bellridge Capital | Attn: Officer or Director | 515 E. Las Boulevard #120A | | | Fort Lauderdale | FL | 33301 | | 954-745-7989 | | ddanovitch@sullivanlaw.com |
| Byron Young | | 8616 Heron Dr. | | | Ft. Worth | TX | 76108 | | | | byrontoddyoung@icloud.com |
| CliftonLarsonAllen | Attn: Officer or Director | 9901, I-10 Suite 350 | | | San Antonio | TX | 78230 | | 210-298-7900 | | deana.acosta@CLAconnect.com |
| Collision Capital | Attn: Officer or Director | 4830 W. Kennedy Blvd. #600 | | | Tampa | FL | 33609 | | 813-258-0852 | | |
| Donnie "Tug" Goodwin | c/o Joel B. Colvin | 3605 Katy Freeway #224 | | | Houston | TX | 77007 | | 713-426-5151 | | jcolvin@jcolvinlaw.com; joelc@ctchouston.com |
| EMA Financial, LLC | Attn: Officer or Director | 40 Wall St. | | | New York | NY | 10005 | | 212-453-0020 | | info@emafin.com |
| Foley & Lardner LLP | Attn: Jack G. Haake | Washington Harbour | 3000 K Street, N.W., Suite 600 | | Washington | DC | 20007-5109 | | 202-295-4085 | 202-672-5399 | jhaake@foley.com |
| Foley Gardere | Attn: Marcus A. Helt | c/o Foley & Lardner LLP | 2021 McKinney Avenue, Suite 1600 | | Dallas | TX | 75201 | | 214-999-3000 | 214-999-4667 | mhelt@foley.com |
| Free & Free Enterprises, LLC | Attn: Officer or Director | PO Box 201786 | | | Arlington | TX | 76006 | | 817-460-7711 | 817-469-7020 | drmiller@leakelaw.com |
| Free & Free Enterprises, LLC | c/o Leake Law Firm c/o W.T. Skip Leake PC | Attn: Donald R. Miller & W.T. Skip Leake | 2201 North Collins Street, Suite 130 PO Box 201786 | | Arlington | TX | 76011 76006-1786 | | 817-460-7711 | 817-469-7020 | drmiller@leakelaw.com |
| Free & Free Enterprises, LLC | Represented by WT Skip Leake PC | PO Box 201786 | | | Arlington | TX | 76006 | | 817-460-7711 | 817-469-7020 | drmiller@leakelaw.com |
| Genaro Gomez Castanares | | 5868A Westgeuner Rd | Ste 1-422 | | Houston | TX | 77057 | | 832-550-2834 | | INFO@GFINT.COM |
| Greentree Financial Group, Inc. | Attn: Officer or Director | 19720 Jetton Road, 3rd Floor | | | Cornelius | NC | 28031 | | 704-892-8733 | 704-892-6487 | mikebongiovanni@gtfinancial.com |
| Harris County, et al. | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St. | | | Philadelphia | PA | 19104-5016 | | | | |
| Internal Revenue Service | | 825 E. Rundberg Ln | | | Austin | TX | 78753 | | | | |
| Investor Brand Network | | 8033 Sunset Blvd | | | Los Angeles | CA | 90046 | | 310-299-1717 | | |
| John Brooks Klingenbeck | | 5700 Granite Pkwy 10 Augusta Way | Suite 200 | | Plano Shoal Creek | TX AL | 75024 35242 | | 205-617-1482 | 214-594-5055 | jbklingenbeck@gmail.com; jklingenbeck@zenergybrands.com; jbrooks@whatiszenergy.com |
| Legal and Compliance LLC Anthony L.G., PLLC | Attn: Officer or Director | 625 N Flager Dr #600 | | | West Palm Beach | FL | 33401 | | | | LAnthony@AnthonyPLLC.com |
| Liberty Trust Co. LTD | Custodian FBO Michael A. Ziegler, IRA | 1611 Maxwell Ct. | | | Euless | TX | 76039 | | | | |
| Luminant Energy | Attn: Officer or Director | 6555 Sierra Drive | | | Irving | TX | 75039 | | 214-812-4600 | 972-556-6119 | steve.rod@vistraenergy.com |
| Michael A. Ziegler | | 1611 Maxwell Ct. | | | Euless | TX | 76039 | | 817-690-5768 | | mickziegler@sbcglobal.net |
| Michigan Department of the Attorney General | G. Mennen Williams Building, 7th Floor | 525 W Ottawa St | | | Lansing | MI | 48933 | | 517-373-1110 | | |
| Michigan Department of Treasury | | 3060 W. Grand Blvd. | | | Detroit | MI | 48202 | | | | |
| Montgomery Coscia Greilich LLP | Attn: Officer or Director | 2500 Dallas Parkway | | | Plano | TX | 75093 | | 972-748-0300 | 972-748-0700 | info@mcggroup.com |
| Office of the United States Trustee | Attn: Timothy O'Neal & John Vardeman | Bank of America Building | 110 North College Avenue, Room 300 | | Tyler | TX | 75702 | | 903-590-1450 | 903-590-1461 | John.M.Vardeman@usdoj.gov; Samuel.M.Baker@usdoj.gov |
| Office of the United States Trustee | Earle Cabell Federal Building | 1100 Commerce Street, Room 976 | | | Dallas | TX | 75242 | | 214-767-8967 | 214-767-8971 | |
| Oklahoma Office of the Attorney General | | 313 NE 21st St | | | Oklahoma City | OK | 73105 | | 405-521-3921 | | |
| Oklahoma Secretary of State | | 421 NW 13th St #210 | | | Oklahoma City | OK | 73103 | | | | |
| OTCBB | c/o Financial Industry Regulatory Authority | Attn Angela Nacchio, Qualifications Analyst | 9509 Key West Ave | | Rockville | MD | 20850 | | | | otc.bankruptcies@finra.org |
| RB Capital Partners, Inc. | Attn: Officer or Director Brett Rosen | 2856 Torrey Pines Road | | | La Jolla | CA | 92037 | | 619-392-9829 | | brett.rosen325@gmail.com |
| Securities and Exchange Commission | New York Regional Office | Attn Andrew Calamari, Regional Director | 200 Vesey St Ste 400 | | New York | NY | 10281-1022 | | | | |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | | | | |
| Sharing Services, Inc. et al | Attn: Officer or Director | 1700 Coit Rd. | Suite 100 | | Plano | TX | 75075 | | 469-304-9400 | | JT@SHRGINC.COM |
| Steven Boss | | 10670 N. Central Expy | Suite 500 | | Dallas | TX | 75231 | | 214-382-3342 | | stevenboss@stevenbosslaw.com |
| TCA Global Credit Master Fund, L.P. | c/o Shraiberg, Landau & Page, P.A. | Attn: Bradley S. Shraiberg | 2385 N.W. Executive Center Dr., Suite 300 | | Boca Raton | FL | 33431 | | 561-443-0800 | 561-998-0047 | bss@slp.law |
| TCA Special Situations Credit Strategies ICAV | c/o Shraiberg, Landau, Page P.A. | Attn: Bradley S. Shraiberg | 2385 N.W. Executive Center Dr., Suite 300 | | Boca Raton | FL | 33431 | | 561-443-0800 | 561-998-0047 | dwoodall@slp.law; bss@slp.law |
| Terrence Gray | | 2727 Travis St. | #505 | | Houston | TX | 77006 | | 347-668-9484 | | |
| Texas Comptroller | Lyndon B Johnson State Office Bldg | 111 East 17th St | | | Austin | TX | 78774 | | | | |
| Texas Comptroller of Public Accounts | Attn: Kimberly A. Walsh | c/o Sherri K. Simpson | Attorney General's Office, Bankruptcy & Collections Division | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4562 | 512-936-1409 | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | | | | |
| Texas Office of the Attorney General | | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | | |
| Texas State Securities Board | Attn Legal Department | 208 E. 10th St. | Thomas Jefferson Rusk State Office Building | | Austin | TX | 78701 | | | 512-305-8310 | |
| United States Attorney's Office for the Eastern District of Texas | Joseph D. Brown | 600 East Taylor Street, Suite 2000 | | | Sherman | TX | 75090 | | 903-868-9454 | | |
| Viridian International | Attn: Officer or Director | 1055 Washington Blvd. 7th Floor | | | West Hartland | CT | 06091 | | | | customercare@viridian.com |
| Vista Capital Investments | Attn: David Clark, Principal | 406 9th Ave, Suite 201 | | | San Diego | CA | 92101 | | 619-543-0328 | | dclark@vci.us.com |
| Zenergy Brands, Inc. | | 5700 Granite Parkway, Suite 200 | | | Plano | TX | 75024 | | | | |

In re: Zenergy Brands, Inc., *et al.*
Case No. 19-42886 (BTR)