Marcus A. Helt (TX 24052187)
**FOLEY GARDERE**
Foley & Lardner LLP
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com

-and-

Jack G. Haake (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 295-4085
Facsimile: (202) 672-5399
Email: jhaake@foley.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **ZENERGY BRANDS, INC., *et al.*,**[1] | § | Case No. 19-42886 |
| | § | |
| **Debtors.** | § | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SET FOR HEARING
ON NOVEMBER 18, 2019 AT 1:30 P.M. (CENTRAL TIME)**

Zenergy Brands, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), file their *Amended Agenda of Matters Set for Hearing* on November 18, 2019 at 1:30 p.m. (Central Time) before the Honorable

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zenergy Brands, Inc. (1686); NAUP Brokerage, LLC (7899); Zenergy Labs, LLC (8045); Zenergy Power & Gas, Inc. (1963); Enertrade Electric, LLC (8649); Zenergy & Associates, Inc. (4022); and Zen Technologies, Inc. (7309). The above-captioned Debtors' mailing address is 5700 Granite Pkwy, #200, Plano, TX 75024.

4847-6291-5501.2

Brenda T. Rhoades at the United States Bankruptcy Court for the Eastern District of Texas, Suite 300B, 660 North Central Expressway, Plano, TX 75074.

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Coverage and Existing Insurance Premium Financing Agreements, (B) Satisfy All Prepetition Obligations Related to That Insurance Coverage in the Ordinary Course of Business, and (C) Renew, Supplement, or Enter into New Insurance Coverage in the Ordinary Course of Business, and (II) Granting Related Relief [DE 7].

   **Related Documents:**

   a. Declaration in Support of Chapter 11 Petitions [DE 10].

   b. Certificate of Service regarding DE 7 and DE 10 [DE 30].

   c. Supplemental Notice of Hearing on Certain "First-Day" Matters [DE 43].

   d. Certificate of Service regarding DE 34, DE 43 and DE 44 [DE 45].

   e. Interim Order (I) Authorizing The Debtors To (A) Maintain Existing Insurance Coverage And Existing Insurance Premium Financing Agreements, (B) Satisfy All Prepetition Obligations Related To That Insurance Coverage In The Ordinary Course Of Business, And (C) Renew, Supplement, Or Enter Into New Insurance Coverage In The Ordinary Course Of Business, And (II) Granting Related Relief [DE 60].

   f. Certificate of Service regarding Interim Order entered related to DE 7 filed as DE 60 [DE 72].

   g. Exhibit and/or Witness List filed by Official Unsecured Creditors Committee [DE 81].

   h. Exhibit and/or Witness List filed by Debtors [DE 83].

   **Status:** This matter is going forward.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [DE 8].

   **Related Documents:**

   a. Declaration in Support of Chapter 11 Petitions [DE 10].

   b. Certificate of Service regarding DE 8 and DE 10 [DE 30].

      c. Supplemental Notice of Hearing on Certain "First-Day" Matters [DE 43].

      d. Certificate of Service regarding DE 34, DE 43 and DE 44 [DE 45].

      e. Exhibit and/or Witness List filed by Official Unsecured Creditors Committee [DE 81].

      f. Exhibit and/or Witness List filed by Debtors [DE 83].

**Status:** This matter is going forward.

3. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code; (II) Authorizing the Use of Cash Collateral; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [DE 19].

    **Related Documents:**

      a. Declaration in Support of Chapter 11 Petitions [DE 10]

      b. Certificate of Service regarding DE 10 and DE 19 [DE 30].

      c. Supplemental Notice of Hearing on Certain "First-Day" Matters [DE 43].

      d. Certificate of Service regarding DE 34, DE 43 and DE 44 [DE 45].

      e. Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364 And 507 (I) Approving Postpetition Financing, (II) Authorizing Use Of Cash Collateral, (III) Granting Liens And Providing Superpriorityadministrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, And (VI) Granting Related Relief, And (Vii) Scheduling A Final Hearing [DE 61].

      f. Certificate of Service regarding Interim Order entered related to DE 19 entered as DE 61 [DE 72].

      g. Exhibit and/or Witness List filed by Official Unsecured Creditors Committee [DE 81].

      h. Exhibit and/or Witness List filed by Debtors [DE 83].

      i. Official Committee Of Unsecured Creditors' Objection To Debtors' Motion To Obtain Debtor-In-Possession Financing [DE 85].

      j. Exhibit A - Summary Identifying Provisions Of Debtors' Proposed Dip Facility That Are Generally Disfavored Under This Court's Local Rules [DE 86].

    **Status:** This matter is going forward.

4. Debtors' Amended Emergency Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 362(a)(3), and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice and Hearing Procedures for Trading In, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Zenergy Brands, Inc. [DE 44].

    **Related Documents:**

    a. Debtors' Emergency Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 362(a)(3), and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice and Hearing Procedures for Trading In, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Zenergy Brands, Inc. [DE 34].

    b. Declaration in Support of Chapter 11 Petitions [DE 10].

    c. Certificate of Service regarding DE 10 [DE 30].

    d. Certificate of Service regarding DE 34 [DE 38].

    e. Certificate of Service regarding DE 34, DE 43 and DE 44 [DE 45].

    f. Interim Order, Pursuant To Sections 105(A), 362(A)(3), And 541 Of The Bankruptcy Code And Bankruptcy Rule 3001, Establishing Notice And Hearing Procedures For Trading In, Or Certain Claims Of Worthlessness With Respect To, Equity Securities In Debtor Zenergy Brands, Inc. [DE 58].

    g. Certificate of Service regarding Interim Order entered related to DE 34 as DE 58 [DE 72].

    h. Certificate of Service regarding Notice of Entry of Interim Order, Pursuant to Sections 105(a), 362(a)(3), and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice of Hearing Procedures for Trading in, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Zenergy Brands, Inc. (Exhibit A-6 of DE 34) [DE 76].

    i. Exhibit and/or Witness List filed by Official Unsecured Creditors Committee [DE 81].

      j.   Exhibit and/or Witness List filed by Debtors [DE 83].

    **Status:** This matter is going forward.

Dated: November 17, 2019

Respectfully Submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
**FOLEY GARDERE**
Foley Lardner LLP
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com

-and-

Jack G. Haake (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W.
Suite 600
Washington, D.C.  20007-5109
Telephone: (202)-295-4085
Facsimile: (202)-672-5399
Email: jhaake@foley.com

***Proposed Counsel for the Debtors and Debtors in Possession***

4847-6291-5501.2

## CERTIFICATE OF SERVICE

      I certify that on November 17, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Texas.

                                      */s/ Marcus A. Helt*
                                      Marcus A. Helt

4847-6291-5501.2