IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ZENERGY BRANDS, INC., *et al.*,[1] | § | Case No. 19-42886 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER GRANTING AGREED MOTION
### TO EXTEND (I) RULE 2004 DOCUMENT PRODUCTION DEADLINE
### AND (II) CHALLENGE PERIOD

The Court, having considered the Agreed Motion to Extend (I) Rule 2004 Document Production Deadline and (II) Challenge Period (the "Motion")[2] and considered all other evidence presented, and finding that good cause exists,

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for the Debtors to produce all required documents shall be continued through noon CST on January 8, 2020.

IT IS FURTHER ORDERED that the Challenge Period Deadline shall be continued from February 10, 2020 through March 2, 2020.

Signed on 1/8/2020

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zenergy Brands, Inc. (1686); NAUP Brokerage, LLC (7899); Zenergy Labs, LLC (8045); Zenergy Power & Gas, Inc. (1963); Enertrade Electric, LLC (8649); Zenergy & Associates, Inc. (4022); and Zen Technologies, Inc. (7309). The above-captioned Debtors' mailing address is 5700 Grante Pkwy, #200, Plano, TX 75024.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4842-9220-2671.2