# EXHIBIT C

## IDENTITY OF TRUSTEE AND PROPOSED TERMS OF COMPENSATION

GUC Trustee
Jason Rae
Lain, Faulkner & Co.
400 North St. Paul Street
Suite 600
Dallas, TX 75201.

5% commission/success fee on recoveries.