**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **ZENERGY BRANDS, INC., *et al.*,**[1] | § | Case No. 19-42886 |
| | § | |
| **Debtors.** | § | (Jointly Administered) |

**NOTICE OF ENTRY OF CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that on January 20, 2021, the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division (the "Court") entered the *Findings of Fact, Conclusions of Law, and Order Granting Final Approval of Disclosure Statement and Confirming Debtors' Plan of Liquidation* [Dkt. No. 368] (the "Confirmation Order") approving the *Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Debtors' Chapter 11 Plan of Liquidation* [Dkt. No. 315] (the "Disclosure Statement") and confirming the *Debtors' Plan of Liquidation* [Dkt. No. 311] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the confirmed Plan sets **February 19, 2021** as the Administrative Claim Bar Date. All motions or applications for payment of Administrative Claims—except Professional Fee Claims and Claims otherwise barred by an order of the Court—must be filed with the Court on or before the Administrative Claim Bar Date. Administrative Claims are Claims for payment of an administrative expense of a kind specified in §§ 503(b), 507(b), and 1114(e)(2) of the Bankruptcy Code and referred to in § 507(a)(2) of the Bankruptcy Code, including, without limitation, the actual, necessary costs and expenses incurred on or after the Petition Date for preserving the Estate of the Debtors, any actual and necessary costs and expenses of operating the business of the Debtors incurred on or after the Petition Date but prior to the Effective Date, any indebtedness or obligations incurred or assumed by the Estate in connection with the conduct of the Debtors' business on or after the Petition Date and prior to the Effective Date, all fees and charges assessed against the Estate under Chapter 123, Title 28, United States Code, and any Claim granted administrative-expense priority status by Final Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, all of the Debtors' executory contracts and unexpired leases are rejected by the Debtors as of the Effective Date, except for any executory contract or unexpired lease: (i) which previously has been assumed or rejected pursuant to an order of the Court entered prior to the Effective Date; (ii) as to

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zenergy Brands, Inc. (1686); NAUP Brokerage, LLC (7899); Zenergy Labs, LLC (8045); Zenergy Power & Gas, Inc. (1963); Enertrade Electric, LLC (8649); Zenergy & Associates, Inc. (4022); and Zen Technologies, Inc. (7309). The above-captioned Debtors' mailing address is 5700 Granite Pkwy, #200, Plano, TX 75024.

[2] Capitalized terms that are undefined herein shall have the definitions provided in the Plan unless otherwise noted.

which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed and served prior to the Effective Date; (iii) which is listed on the Assumption List filed with the Plan Supplement [Dkt. No. 331]; (iv) any guaranty or similar agreement executed by a third party which guarantees repayment or performance of an obligation owed to the Debtors or to indemnify the Debtors; and (v) agreements with third parties regarding preservation of the confidentiality of documents produced by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.stretto.com/zenergybrands/court-docket/. You may also obtain copies of any pleadings by visiting the Court's website at https://www.txeb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Dated: January 21, 2021

Respectfully Submitted,

*/s/ Jack G. Haake*
Marcus A. Helt (TX 24052187)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com

-and-

Jack G. Haake (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 295-4085
Facsimile: (202) 672-5399
Email: jhaake@foley.com

*Counsel for the Debtors and Debtors in Possession*

4827-7281-2760.2

## CERTIFICATE OF SERVICE

      I certify that on January 21, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Texas.

                                      */s/ Jack G. Haake*
                                      Jack G. Haake